UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MONIQUE FEASTER,

                Plaintiffs,           7:16-cv-00734 (VLB)

   - against-                               **NOTICE OF MOTION**

CITY OF MIDDLETOWN, AHMED ARTOLA,
both in his individual and official capacity, and
"JOHN DOES," 1-10, both in their individual and
official capacities, the identity and number of whom
is presently unknown to the plaintiff.

                Defendants,
------------------------------------------------------------------------X

      Defendants, by their undersigned attorneys, ROBERT N. ISSEKS and ALEX SMITH, will move this Court located at The Honorable Charles L. Brieant, Jr. U. S. Courthouse, 300 Quarropas Street, White Plains, New York, pursuant to this Court's scheduling order of July 6, 2016 for an order pursuant to Rule 12(c) of the Federal Rules of Civil Procedure dismissing the First Amended Complaint herein, and for such other and further relief as the Court may deem just and proper.

Dated: Middletown, New York
         August 10, 2016

                                            ALEX SMITH (AS 5052)
                                            Assistant Corporation Counsel of the
                                            City of Middletown
                                            Attorney for Defendants
                                            16 James Street
                                            Middletown, NY 10940

                                            s/*Robert N. Isseks*
                                            _____
                                            ROBERT N. ISSEKS (RNI 0241)
                                            Of Counsel

                                                             6 North Street  
                                                             Middletown, New York 10940  
                                                             (845) 344-4322

TO:    David I. Bliven, Esq.  
          445 Hamilton Avenue, Suite 607  
          White Plains, New York 10601